UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                                      ORDER
        v.                                                  06-CR-192

HOI YAN HO,

                Defendant.

---

       The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(A).  On December 2, 2008, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that defendant's motion for suppression of evidence seized from her vehicle on September 13, 2006 be denied.

       The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties.  No objections having been timely filed, it is hereby

       ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, defendant's motion for suppression of evidence seized from her vehicle on September 13, 2006 is denied.

       The case is referred back to Magistrate Judge Schroeder for further proceedings.

SO ORDERED.

                                                s/ *Richard J. Arcara*  
                                                HONORABLE RICHARD J. ARCARA  
                                                CHIEF JUDGE  
                                                UNITED STATES DISTRICT COURT

DATED: January 9, 2009